☑ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 0 7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHELLE PERRY,              )     CASE NO. 3:10-cv-386-LRH(RAM)
                            )
        Plaintiff,          )     ORDER
                            )
vs.                         )
                            )
CIGNA GROUP INSURANCE, et al. )
                            )
        Defendant.          )
_____ )

This case is currently scheduled for trial on the stacked calendar of November 15, 2011.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

DATED this 7 day of June, 2011.

LARRY R. HICKS
U.S. DISTRICT JUDGE